AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| SUSEL HERNANDEZ <br> *Plaintiff(s)* <br><br> v. <br><br> FIRMO CONSTRUCTION, LLC <br> *Defendant(s)* | Civil Action No. 8:24-cv-890 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> **FIRMO CONSTRUCTION, LLC**
> **\*\*REGISTERED AGENT\*\***
> **ERIC COLLIN**
> **205 N. ORANGE AVENUE, SUITE 301**
> **SARASOTA, FL 34236**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **DERERK SMITH LAW GROUP, PLLC**
> **C/O KYLE T. MACDONALD, ESQ.**
> **520 BRICKELL KEY DRIVE, SUITE O-301**
> **MIAMI, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                          *Signature of Clerk or Deputy Clerk*