UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSEL HERNANDEZ,

    Plaintiff,                               Case No.: 8:24-cv-00890-MSS-SPF

v.

FIRMO CONSTRUCTION, LLC,

    Defendant.
_____/

**NOTICE OF LEAD COUNSEL DESIGNATION**

Plaintiff, SUSEL HERNANDEZ ("Plaintiff" and/or "Ms. Hernandez"), by and through her undersigned counsel and pursuant to Local Rule 3.02(a), hereby designates Kyle T. MacDonald, Esq., of Derek Smith Law Group, PLLC, as lead counsel in the above-captioned matter.

Dated:  Miami, Florida
         April 15, 2024,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Kyle@dereksmithlaw.com

1

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on April 15, 2024, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: <i>/s/ Kyle T. MacDonald</i><br>
Kyle T. MacDonald, Esq.