UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUSEL HERNANDEZ,**

    **Plaintiff,**

**v.**                                            **Case No. 8:24-cv-00890-MSS-SPF**

**FIRMO CONSTRUCTION, LLC,**

    **Defendant.**

_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

**XX**     IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                         Equal Employment Opportunity Commission, Charge No. 511-2023-03916, Susel Hernandez and Firmo Construction, LLC

\_\_\_\_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

-2-

Respectfully submitted this 8th day of July, 2024.

                                WILLIAMS PARKER HARRISON
                                 DIETZ & GETZEN

                              */s/ Gail E. Farb*
                              Gail E. Farb
                              Florida Bar No. 0619191
                              gfarb@williamsparker.com
                              50 Central Avenue
                              Eighth Floor
                              Sarasota, Florida  34236
                              Telephone:  941-366-4800
                              Facsimile:    941-954-3172

                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Plaintiff's Counsel: Kyle T. MacDonald at kyle@dereksmithlaw.com.

    /s/_____
Gail E. Farb
Florida Bar No. 0619191
gfarb@williamsparker.com
WILLIAMS PARKER HARRISON
 DIETZ & GETZEN
50 Central Avenue
Eighth Floor
Sarasota, Florida  34236
Telephone:  941-366-4800
Facsimile:   941-954-3172

*Counsel for Defendant*

8571525.v2