UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSEL HERNANDEZ,

    Plaintiff,                                               Case No.: 8:24-cv-00890-MSS-SPF

v.

FIRMO CONSTRUCTION, LLC,

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, SUSEL HERNANDEZ ("Plaintiff" and/or "Ms. Hernandez"), by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by Local Rule 3.03:

1. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. **Susel Hernandez,** *Plaintiff*
    **c/o Derek Smith Law Group, PLLC
    520 Brickell Key Dr, Suite O-301
    Miami, FL 33131**

1

    b. **Firmo Construction, LLC,** *Defendant*
       **c/o Williams Parker Harrison Dietz & Getzen**
       **50th Central Avenue**
       **Eighth Floor**
       **Sarasota, FL 34236**

    c. **Kyle T. MacDonald, Esq.,** *Counsel for Plaintiff*
       **Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, FL 33131**

    d. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiff*
       **520 Brickell Key Dr, Suite O-301**
       **Miami, FL 33131**

    e. **Gail E. Farb, Esq.,** *Counsel for Defendant*
       **Williams Parker Harrison Dietz & Getzen**
       **50th Central Avenue**
       **Eighth Floor**
       **Sarasota, FL 34236**

    f. **Williams Parker Harrison Dietz & Getzen,** *Counsel for Defendant*
       **50th Central Avenue**
       **Eighth Floor**
       **Sarasota, FL 34236**

2. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    **None.**

3. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **None.**

4. Identify each person arguably eligible for restitution:

**Susel Hernandez,** *Plaintiff*

☑ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  Miami, Florida
        July 29, 2024,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on July 29, 2024, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.