UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSEL HERNANDEZ,

    Plaintiff,                      Case No.: 8:24-cv-00890-MSS-SPF

v.

FIRMO CONSTRUCTION, LLC,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with local Rule 1.07, I certify that the instant action:

**  X  IS**     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**EEOC Charge No.: 511-2023-03916, Susel Hernandez v. Firmo Construction, LLC**

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

1

Dated: Miami, Florida  
       July 29, 2024,

**DEREK SMITH LAW GROUP, PLLC**  
*Counsel for Plaintiff*

<u>/s/ Kyle T. MacDonald</u>  
Kyle T. MacDonald, Esq.  
Florida Bar No.: 1038749  
Derek Smith Law Group, PLLC  
520 Brickell Key Dr, Suite O-301  
Miami, FL 33131  
Tel: (305) 946-1884  
<u>Kyle@dereksmithlaw.com</u>

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on July 29, 2024, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
  Kyle T. MacDonald, Esq.