UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUSEL HERNANDEZ,**

    **Plaintiff,**

**v.**                                      Case No. 8:24-cv-00890-MSS-SPF

**FIRMO CONSTRUCTION, LLC**

    **Defendant.**

---

**Uniform Case Management Report**

    The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

## 1. Date and Attendees

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 7/29/2024. Gail E. Farb and Kyle T. MacDonald attended the conference.

2. **Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 8/29/2024 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 9/30/2024 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).     Plaintiff | 3/10/2025 |
| Defendant | 4/7/2025 |
| Rebuttal | 5/5/2025 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 6/30/2025 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | Not Applicable |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 8/29/2025 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Shane Munoz<br>Shane Munoz Mediations<br>2921 West Hawthorne Road<br>Tampa, FL 33611<br>(941) 780-2614 | 7/30/2025 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 2/9/2026 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 2/16/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 2/23/2026 |
| Month and year of the trial term. | March 2026 |

The trial will last approximately 4-5 days and be

☒ jury.

☐ non-jury.

3. **Description of the Action**

Plaintiff has brought claims against Defendant pursuant to Title VII of the Civil Rights Act of 1964, the Pregnant Workers Fairness Act, and the Florida Civil Rights Act of 1992. Defendant denies these claims in their entirety.

4. **Disclosure Statement**

☒ Each party as filed a disclosure statement using the required form.

5. **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☐ Yes.
☒ No; instead, the parties agree to these changes: Parties will exchange within 30 days after filing this Case Management Report.

B. Discovery may be needed on these subjects: Plaintiff's employment history, performance, and separation; internal communications related to the plaintiff's employment and separation; evidence of Plaintiff's alleged damages; Plaintiff's claims; Defendant's defenses to Plaintiff's claims; the personnel files of the Plaintiff and any comparator employees; documents and communications regarding the company's EEO policies, and any complaints of discrimination by Plaintiff and any related investigations within the relevant timeframe.

C. Discovery should be conducted in phases:

☒ No.
☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

☐ No.
☒ Yes; The parties agree: 1) to exchange ESI such as emails, text messages, and instant messages in native format, unless mutually agreed otherwise; 2) that each party will be responsible for its own costs of responding to discovery except as otherwise agreed or ordered by the Court; 3) neither party waives the right to assert that cost-shifting is appropriate as to any request made by that party; 4) that they do not waive legal privileges due to any inadvertent disclosure of privileged information occurring as a result of electronic discovery; 5) to work together to develop a reasonable list of date parameters, records custodians, and search terms to be applied, and if unable to agree to such a list, they will seek assistance from the Court; 6) if a party requests documents that are stored in a readily accessible electronic format, the producing party may provide the requesting party copies of the documents in .pdf format with bates numbering, provided that such format retains all metadata from the native format; 7) if the receiving party determines in good faith that production of a document in a .pdf format does not adequately allow the party to review the document, the receiving party may request that an electronic copy be provided to it; 8) to the extent electronically stored information is not readily accessible, the parties agree to follow the guidelines provided in Rule 26(b)(2)(B).

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

The parties may file a motion with the Court regarding Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☐ No.
☒ Yes; in conjunction with Local Rule 3.04, the parties agree to provide a privilege log with respect to all documents, ESI, and things withheld on the basis of privilege or work product protection, within fourteen days

5

after the date of service of the discovery responses and objections related to claims of privilege or work product protection.

10. **Request for Special Handling**

    ☒ The parties do not request special handling.

    ☐ The parties request special handling.

    ☐ Enter party's name unilaterally requests special handling. Specifically, Specifically, describe requested special handling.

11. **Certification of familiarity with the Local Rules**

    ☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

Respectfully submitted, this 29th day of July, 2024.

| | |
|---|---|
| */s/ Kyle T. MacDonald* | */s/ Gail E. Farb* |
| KYLE T. MACDONALD, ESQ. | GAIL E. FARB, ESQ. |
| Florida Bar No.: 1038749 | Florida Bar No.: 0619191 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| **Derek Smith Law Group, PLLC** | **Williams Parker Harrison Dietz & Getzen** |
| 520 Brickell Key Dr | 50th Central Avenue |
| Suite O-301 | Eight Floor |
| Miami, FL 33131 | Sarasota, Florida 34236 |
| (305) 946-1884 | 941-366-4800 |
| Kyle@dereksmithlaw.com | gfarb@williamsparker.com |

8604599.v6