UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSEL HERNANDEZ,

      Plaintiff,                        CASE NO.: 8:24-cv-00890-MSS-SPF

v.

FIRMO CONSTRUCTION, LLC,

      Defendant.
_____/

**<u>NOTICE OF MEDIATION</u>**

    Plaintiff, SUSEL HERNANDEZ, pursuant to the Court's Case Management and Scheduling Order [D.E. 17] and by and through her undersigned counsel, hereby notifies the Court that the Parties have conferred and agreed to conduct the in-person mediation conference in the above-captioned matter on Friday, February 28, 2025, at 10:00 a.m., before Shane Thomas Muñoz, Esq.

    Dated:  Miami, Florida
               January 2, 2025,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

<u>*/s/ Kyle T. MacDonald*</u>
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
D20 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
<u>Kyle@dereksmithlaw.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on January 2, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**WILLIAMS PARKER HARRISON DIETZ & GETZEN**

Gail E. Farb, Esq.
Florida Bar No. 0619191
gfarb@williamsparker.com
WILLIAMS PARKER
50th Central Avenue
Eighth Floor
Sarasota, Florida 34236
(941) 366-4800
gfarb@williamsparker.com

*Counsel for Defendant*