UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUSEL HERNANDEZ,**

    Plaintiff,

vs.                                           Case No.:  8:24-cv-890-MSS-SPF

**FIRMO CONSTRUCTION, LLC,**

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the December 11, 2024, Case Management and Scheduling Order (Dkt. 17) and the January 2, 2025, Notice of Mediation (Dkt. 18), a mediation conference was held on February 28, 2025.  All required persons attended.  The case has been completely settled.

                                     Respectfully submitted,

                                     /s/ *Shane T. Muñoz*
                                     Shane T. Muñoz
                                     Florida Bar No. 0067024
                                     Shane@STM-Mediations.com
                                     Shane Muñoz Mediations
                                     2921 West Hawthorne Road
                                     Tampa, FL  33611
                                     Telephone:  941-780-2614
                                     Mediator

## CERTIFICATE OF SERVICE

  I hereby certify that on March 2, 2025, I electronically filed the foregoing Mediation Report with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                Shane Muñoz Mediations

                */s/ Shane T. Muñoz*