UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUSEL HERNANDEZ,**

 **Plaintiff,**

**v.**               **Case No. 8:24-cv-00890-MSS-SPF**

**FIRMO CONSTRUCTION, LLC,**

 **Defendant.**

_____/

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees and costs and expenses, except as otherwise agreed.

Respectfully submitted this 11th day of March, 2025.

| | |
|---|---|
| */s/ Kyle T. MacDonald* | */s/ Gail E. Farb* |
| Kyle T. MacDonald | Gail E. Farb |
| Florida Bar No. 1038749 | Florida Bar No. 0619191 |
| kyle@dereksmithlaw.com | gfarb@williamsparker.com |
| DEREK SMITH LAW GROUP, PLLC | WILLIAMS PARKER HARRISON |
| 520 Brickell Key Dr., Suite O-301 |  DIETZ & GETZEN |
| Miami, Florida  33131 | 50 Central Avenue, Eighth Floor |
| Telephone:  305-944-1994 | Sarasota, Florida  34236 |
| *Counsel for Plaintiff* | Telephone:  941-366-4800 |
| | Facsimile:   941-954-3172 |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Counsel for Plaintiff, Kyle T. MacDonald, at kyle@dereksmithlaw.com.

 */s/ Gail E. Farb*
Gail E. Farb
Florida Bar No. 0619191
gfarb@williamsparker.com
WILLIAMS PARKER HARRISON
 DIETZ & GETZEN
50 Central Avenue, Eighth Floor
Sarasota, Florida  34236
Telephone:  941-366-4800
Facsimile:  941-954-3172
*Counsel for Defendant*

8936677.v3